The relief described hereinbelow is SO ORDERED

Done this 2nd day of February, 2017.

*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



___

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
SANDIA JORDAN                                  Chapter 13
  Debtor(s)                                          Case No. 16-31655

## ORDER REFUNDING FILING FEE

Upon consideration of the Motion for Refund of Filing Fee filed on January 31, 2017 (Doc. 43), it is hereby

ORDERED that the Clerk of the United States Bankruptcy Court is directed to refund $50.00 of receipt #9274180 through the electronic credit card system. This refund is to reimburse the debtor's attorney for inadvertently paying the initial filing fee twice.

### ###END OF ORDER###

c: Debtor
   Debtor's Attorney
   Chapter 13 Trustee

Submitted by:

Janet Clark